IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANDREW HAMRICK | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:05-cv-00509 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| WEST CLERMONT LOCAL SCHOOL DISTRICT, et al. | : |
| | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

     Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court GRANTS Defendant West Clermont Local School District's Motion to Dismiss (doc. 3), GRANTS the Motion to Dismiss of Defendants Union Township and Kenneth Geis (doc. 4), and DISMISSES this matter from the Court's docket.

6/9/06                                              James Bonini, Clerk

                                                                   s/Kevin Moser
                                                                   Kevin Moser
                                                                   Deputy Clerk